UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON FLEMING, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, SGT. JOHN DOE TACKETT; CORRECTIONS OFFICER JOSE PORRES; CORRECTIONS OFFICER JOHN DOE VAN OGLE; LT. JOHN DOE HAYWARD; C. MAY; DOUGLAS WADDINGTON; and JOHN DOES 1 – 10,<br><br>Defendants. | Case No. C07-5246FDB<br><br>ORDER DENYING MOTION FOR ORDER TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD |

Plaintiff, a prisoner at the Monroe Correctional Center, through counsel filed a civil rights complaint alleging improper use of an electronic immobilization device, known as a "stun belt" when he was being prepared for transportation to Western State Hospital for evaluation.

Plaintiff's counsel, Mark Leemon, moved to withdraw, stating that he has discussed his reasons for bringing the motion with Plaintiff, whom he says has expressed full understanding. Counsel also states that discovery cut-off was July 21, 2008, and that depositions of all fact witnesses who are employees of the defendant have been completed, and that counsel will provide

ORDER - 1

1 transcripts of these depositions to plaintiff without cost, should he wish to continue with this matter.
The trial date is November 17, 2008.

The Court ordered Plaintiff Jon Fleming to advise the Court whether he will seek new counsel or proceed on his own, pro se. Plaintiff filed an objection to his counsel's motion to withdraw. Mark Leemon, Plaintiff's counsel then moved for a continuance of the Court's consideration of his motion to withdraw so that he could speak with his client, and the Court granted the motion. Mr. Leemon provides more details about his desire to withdraw in his affidavit, filed July 30, 2008, but indicates that because Plaintiff has been placed in the intensive management unit, he has not been able to arrange a visit.

Having considered the motion to withdraw together with Mark Leemon's affidavit [Dkt. # 28] further explaining his reasons for seeking withdrawal, the Court declines to allow withdrawal.

NOW, THEREFORE, IT IS ORDERED: Plaintiff's Counsel's Motion for Order To Withdraw as Plaintiff's Counsel of Record [Dkt. # 21] is DENIED.

DATED this 11th day of August 2008.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2