UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JON FLEMING, individually,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; SGT. JOHN DOE TACKETT; CORRECTIONS OFFICER JOSE PORRES; CORRECTIONS OFFICER JOHN DOE VAN OGLE; LT. JOHN DOE HAYWARD; C. MAY; DOUGLAS WADDINGTON; and JOHN DOES 1 – 10,

Defendants.

Case No. C07-5246FDB

ORDER GRANTING EXTENSION OF TIME TO FILE SUBSTANTIVE REPLY

Defendants moved for partial summary judgment on Plaintiff's federal claims, and noted the matter for September 5, 2008. Plaintiff's reply was due no later than Tuesday, September 2, 2008 (Local Rule CR 7(d0(3)) Plaintiff, however, filed his response on Thursday, September 4, 2008 at 4:57 p.m. PDT. This response being untimely, Defendants move for additional time to file a substantive reply.

NOW, THEREFORE, IT IS ORDERED: Defendants' are given additional time to September 10, 2008 to file a substantive reply. This matter is renoted to September 11, 2008.

DATED this 8th day of September, 2008.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1