UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON FLEMING, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, SGT. JOHN DOE TACKETT, CORRECTIONS OFFICER JOSE PORRES, CORRECTIONS OFFICER JOHN DOE VAN OGLE, LT. JOHN DOE HAYWARD, C. MAY, DOUGLAS WADDINGTON, AND JOHN DOES 1–10,<br><br>Defendants. | Case No. C07-5246FDB<br><br>ORDER GRANTING LEAVE TO FILE RESPONSE |

The Court granted summary judgment for defendants by order entered September 11, 2008. Plaintiff moves for reconsideration arguing that the tolling provisions of RCW 4.92.110 apply to his state law claims against the individual defendants. Without showing that he actually did file a claim, Plaintiff contends that he "simply could not have filed his state law claims agains[t] the individually named defendants without having first file[d] a claim." (Mtn for Reconsideration p. 2)

Defendants are granted leave to file a response to Plaintiff's motion by no later than Thursday, September 25, 2008; Plaintiff may file a reply by Monday, September 29, 2008.

DATED this 19th day of September, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1